# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

RONALD MCPHERSON,

    *Plaintiff,*

v.                                      Case No. 4:19cv156-MW/CAS

THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    *Defendants.*

_____/

## ORDER DENYING DEFENDANT CENTURION OF FLORIDA, LLC'S MOTION TO STAY DISCOVERY

This Court has considered, without hearing, Defendant Centurion of Florida, LLC's ("Centurion") Motion to Stay Discovery, ECF No. 26. In the motion, Centurion requests discovery directed to it be stayed during the pendency of Centurion's motion to dismiss, ECF No. 24. This Court denied Centurion's motion to dismiss. ECF No. 58. Accordingly, Centurion's Motion to Stay Discovery, ECF No. 26, is **DENIED as moot**.

    **SO ORDERED on September 24, 2019.**

                                            s/Mark E. Walker       
                                            **Chief United States District Judge**