UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONDELL McPHERSON f/k/a
RONALD McPHERSON .,**

Plaintiff,

    VS                                           CASE NO.  4:19cv156-MW-MJF

**THE FLORIDA DEPARTMENT
OF CORRECTIONS, CORIZON
LLC, and CENTURION OF
FLORIDA, LLC,**

Defendants.

## AMENDED JUDGMENT

Plaintiff and the Florida Department of Corrections are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims against the Florida Department of Corrections are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

September 16, 2020                     s/Ronnell Barker
DATE                                       Deputy Clerk: Ronnell Barker