UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONDELL McPHERSON f/k/a
RONALD McPHERSON** .,

Plaintiff,

VS                                              CASE NO.  4:19cv156-MW-MJF

**THE FLORIDA DEPARTMENT
OF CORRECTIONS, CORIZON
LLC, and CENTURION OF
FLORIDA, LLC,**

Defendants.

## AMENDED JUDGMENT

Plaintiff and Corizon, LLC, are ordered to comply with their settlement agreement. This Court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims against Corizon, LLC, are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

 September 16, 2020                     s/Ronnell Barker
DATE                                    Deputy Clerk: Ronnell Barker