## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RONDELL MCPHERSON,**

   *Plaintiff,*

**v.**          **CASE NO.:  4:19cv156-MW/MJF**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.,**

   *Defendant.*

_____/

## ORDER FOR DISMISSAL

Plaintiff has filed a notice of settlement, ECF No. 231, indicating that his claims against Defendant Centurion of Florida LLC have been settled.  Plaintiff has already settled his claims against Defendants Florida Department of Corrections, *see* ECF No. 211, and Defendant Corizon LLC, *see* ECF No. 219. Accordingly,

 **IT IS ORDERED:**

 1.  The pertinent parties must comply with their settlement agreement.

 2.  All claims between Plaintiff and Centurion of Florida LLC **only,** other than for enforcement of the settlement agreement, are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

 3.  Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4.   The Clerk must enter judgment stating, "Plaintiff and Centurion of Florida LLC are ordered to comply with their settlement agreement.  The court reserves jurisdiction to enforce the order to comply with the settlement agreement.  All claims against Centurion of Florida LLC are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk is directed to cancel the trial scheduled for May 24, 2021, and all remaining pretrial deadlines.

6. The Clerk shall close the file.

7.   A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on January 13, 2021.**

> **s/Mark E. Walker**
> **Chief United States District Judge**