UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD MCPHERSON

    Plaintiff,

    VS                                   CASE NO.  4:19-cv-00156-MW-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS, CORIZON LLC, and
CENTURION OF FLORIDA LLC,

    Defendants.

**JUDGMENT**

    Plaintiff and Centurion of Florida LLC are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims against Centurion of Florida LLC are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

 January 13, 2021                       s/Ronnell Barker
DATE                                          Deputy Clerk: Ronnell Barker